1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DALE JARDINE,                              No.  2:15-cv-1749 MCE AC P

12                 Plaintiff,

13       v.                                    ORDER

14  DR. JACK ST. CLAIR,

15                 Defendant.

16

17        Plaintiff is a former state prisoner who proceeds pro se and in forma pauperis with this

18  civil rights action claiming deliberate indifference to plaintiff's serious medical needs by prison

19  physician Dr. St. Claire, the sole defendant.  The court has previously granted plaintiff's

20  numerous requests for extended time in this case due to his medical needs and dependence on his

21  wife's assistance, which is limited by her work schedule.  The court's last order, filed August 24,

22  2017, provided in pertinent part, ECF No. 41 at 1-2 (original emphasis deleted):

23              By order filed July 26, 2017, the discovery deadline was extended
             for limited specified purposes, and the dispositive motion deadline
24           was extended accordingly.  See ECF No. 38.  Plaintiff requests a
             60-day extension of time to serve the subject discovery and to
25           arrange for his deposition, due to plaintiff's health needs.  ECF No.
             39.  For good cause shown, plaintiff's request will be granted and
26           the following dates shall apply.

27              Accordingly, IT IS HEREBY ORDERED that:

28              1.  Plaintiff's request for extended time, ECF No. 39, is granted.

1

2.  Plaintiff shall, on or before October 20, 2017:  (1) serve his responses to Defendant's Special Interrogatories, Set One, and Defendant's Requests for Production of Documents, Set One; and (2) provide defense counsel with at least three (3) dates, none later than December 1, 2017, when plaintiff is available to participate in his deposition. Defense counsel is directed to conduct plaintiff's deposition at a location and time convenient to plaintiff, in deference to his health needs.

3.  The discovery deadline, which expired on June 30, 2017, is extended only for these limited purposes.

4.  The deadline for filing dispositive motions is extended from December 15, 2017 to February 16, 2018.

Currently pending are defendant's alternative discovery motions:  the first, filed November 3, 2017, seeks to compel plaintiff's compliance with the court's August 24, 2017 order, and for sanctions, ECF No. 43; the second, filed January 5, 2018, requests extensions of the discovery and dispositive motion deadlines for the purpose of again attempt to conclude this stage of the litigation, ECF No. 45.  Plaintiff has responded with an opposition and letter that seek to underscore both his ongoing medical needs and prior attempts to cooperate with defense counsel. ECF Nos. 44, 45.

The court will again extend deadlines in this case, but for the last time.  Plaintiff is informed that should he fail to cooperate with defense counsel to conclude all outstanding discovery, including the taking of plaintiff's deposition, or fail to adhere to the deadlines now set by this court, the undersigned will recommend to the assigned district judge that this action be dismissed due to plaintiff's failure to prosecute and failure to adhere to the rules and orders of this court.  See Fed. R. Civ. P. 11, 41(b); see also Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant's motion to compel and for sanctions, ECF No. 43, is granted in part; no sanctions will be imposed at this time.

2.  Defendant's motion to extend the discovery and dispositive motion deadlines, ECF No. 46, is granted.

3.  Plaintiff shall, on or before **Friday, May 18, 2018**:  (1) serve his responses to Defendant's Special Interrogatories, Set One, and Defendant's Requests for Production of

Documents, Set One; and (2) provide defense counsel with at least three (3) dates, none later than **June 15, 2018,** when plaintiff is available to participate in his deposition.  Defense counsel shall conduct plaintiff's deposition at a location and time convenient to plaintiff, in deference to his health needs.

4.  The discovery deadline is extended through **June 15, 2018**, only for these limited purposes.

5.  The deadline for filing dispositive motions is extended to **August 31, 2018**.

6.  Should plaintiff fail to meet any of these deadlines, without a well-supported showing of extraordinary cause, this court will recommend the dismissal of this action due to plaintiff's failure to prosecute and failure to adhere to the rules and orders of this court.  See Fed. R. Civ. P. 11, 41(b); see also Local Rule 110.

IT IS SO ORDERED.

DATED:  March 28, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE