UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE JARDINE,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JACK ST. CLAIR,<br><br>        Defendant. | No. 2:15-cv-1749 MCE AC P<br><br><br>ORDER |

On October 1, 2018, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 19, 2018, denying appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 19, 2018, is affirmed.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE